**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **TAPAL SARKER,** | : | |
| | : | **Hon. Joseph H. Rodriguez** |
| **Plaintiff,** | : | |
| | : | **Civil No. 10-4243** |
| **v.** | : | |
| | : | |
| **TRUMP ENTERTAINMENT** | : | |
| **RESORTS, INC. d/b/a TRUMP** | : | |
| **PLAZA HOTEL AND CASINO,** | : | |
| | : | **ORDER** |
| **Defendants.** | : | |

These matters having come before the Court on Motions of Plaintiff Tapal Sarker for Fees and Costs [84], to Amend Judgment [85], and for Supplemental Attorney's Fees and Costs [104]; and

It Appearing that after a three day trial, on May 22, 2014 a jury returned a verdict in favor of Plaintiff Tapal Sarker and that Judgment was entered on May 27, 2014 for $47,500 plus costs; and

It Further Appearing that Defendant has not filed opposition to Plaintiff's Motion to Amend Judgment, did not express an objection to the motion during the Court's telephone conference call on September 8, 2014, and appears to have conceded the motion in its November 11, 2014 letter to the Court; and

It Further Appearing that the parties have stipulated to the calculation and amount of attorney's fees and cost incurred up and until June 13, 2014, as detailed in Plaintiff's first Motion for Attorney's Fees and Costs [84] and Defendant's November 11, 2014 letter; and

It Further Appearing that Defendant has not filed any opposition to the Plaintiff's Supplemental Motion for Attorney's Fees [104], that the motion was pending at the time Defendant filed its November 11, 2014 letter, and that the time for filing opposition to Plaintiff's Supplemental Motion for Attorney's Fees has since passed, therefore,

IT IS on this 1st Day of December, 2014 hereby

ORDERED that Plaintiff's Motion to Amend Judgment [85] is GRANTED; and it is further

ORDERED that Plaintiff's Motion for Attorney's Fees and Costs [84] is GRANTED; and it is further

ORDERED that Plaintiff's Supplemental Motion for Attorney's Fees and Costs [104] is GRANTED; and it is further

ORDERED that the Judgment entered on May 27, 2014 [Dkt. No. 81] is AMENDED to include the following:

1. Pre- Judgment interest: $5,142.00

2. Post- Judgment Interest: $3,000.00

3. Attorney's Fees: $91,195.95

4. Costs: $6,223.78; and it is further

ORDERED that the pursuant Judgment shall be entered in favor of Plaintiff Tapal Sarker and against Defendant Trump Entertainment Resorts, Inc. in the total amount of $105, 561.73.

s/ Joseph H. Rodriguez
Hon. Joseph H. Rodriguez,
UNITED STATES DISTRICT JUDGE